

FILED
AUG 19 2015
Clerk, U.S. District and Bankruptcy Courts

Prob12C (10/99)

# UNITED STATES DISTRICT COURT
## for the
## Western District of Oklahoma

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Archie Monroe Glass, Jr.          Case Number: CR-08-00286-001-C

Name of Judicial Officer: The Honorable Robin Cauthron

Date of Original Sentence: August 11, 2009

Original Offense: Threats Against Presidents and Successors to the Presidency; 18 U.S.C. § 871(a)

Original Sentence: 51 months custody; 3 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: April 12, 2003

Previous Court Action:
March 23, 2013 - The Court modified conditions of release to include placement at the Carver Center and Oklahoma Halfway House due to Mr. Glass' lack of suitable housing.

February 18, 2015 - The Court modified conditions of release to include placement at the Carver Center due to Mr. Glass' lack of suitable housing.

March 6, 2015 - The Court modified condition of release to include placement at the Carver Center and the Oklahoma Halfway House due to Mr. Glass' lack of suitable housing.

May 20, 2015 - The Court issued a warrant for Mr. Glass for leaving the Carver Center without permission, failure to take mental health medication, and failure to show for case management appointments at Transitions. On May 26, 2015, the petition was amended to include travel outside of the district without permission. This matter is pending with a revocation hearing set for September 8, 2015.

Asst. U.S. Attorney: Arvo Mikkanen                    Defense Attorney: Susan Otto

### PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of

Case: 1:15-mj-00525
Assigned To : Magistrate Judge Alan Kay
Assign. Date : 8/19/2015
Description: Arrest Warrant Removal

supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Standard Condition No.1: The defendant shall not leave the judicial district without permission of the court or probation officer.** |

On May 22, 2015, Mr. Glass reported to the U.S. Probation Office. Upon his arrest, U.S. Marshals recovered a bus ticket showing that Mr. Glass departed from Oklahoma City, Oklahoma, on May 18, 2015, and arrived in Washington, DC, on May 20, 2015. Furthermore, Mr. Glass had a return ticket showing that he departed from New York, New York, on May 20, 2015, and arrived in Oklahoma City, Oklahoma, on May 22, 2015.

Deputy U.S. Marshal Michael Allbright asked Mr. Glass if he had been to Washington, DC, and Mr. Glass replied yes.

In addition, Mr. Glass violated this condition by traveling to Washington, D.C. without permission. The United States Secret Service made contact with Mr. Glass outside of the White House on August 16, 2015, and made arrangements to have him transported to a mental health facility. The mental health facility plans on discharging Mr. Glass on August 18, 2015, with a bus ticket back to Oklahoma City, Oklahoma. The actual date Mr. Glass left the Western District of Oklahoma is unknown.

2   **Violation of Special Condition: The defendant shall participate in a program of mental health aftercare at the direction of the probation officer. The defendant may be required to contribute to the cost of services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.**

Mr. Glass violated this condition by failing to show for case management appointments at Transitions on the following dates: February 24, 2015, March 23, 2015, April 6, 2015, April 27, 2015, May 4, 2015, May 18, 2015, August 3, 2015, August 10, 2015, and August 17, 2015.

Furthermore, Mr. Glass failed to show for an individual counseling appointment at Transitions on April 30, 2015.

Prob 12C (10/99)                                  3                          Archie Monroe Glass, Jr.
                                                                             CR-08-00286-001-C

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
      [X]   revoked.
      [ ]   extended for years, for a total term of years.

[ ]   The conditions of supervision should be modified as follows:


I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2015

*Dixie Becktold*

_____
Dixie Becktold
Senior U.S. Probation Officer

Reviewed by,

*Jay Mauldin*

_____
Jay Mauldin
Supervisory U. S. Probation Officer

Date: August 17, 2015

---

### THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

DATED this 18th day of August, 2015.

_____
ROBIN J. CAUTHRON
United States District Judge